Steven Michael Harris, et. al., Plaintiff(s)
vs.
Simon & Schuster, Inc. et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 089161-0002

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
–Simon & Schuster, Inc. by serving The Prentice-Hall Corporation System, Inc.
Court Case No. 08-CV-3477

CAESAR, RIVISE, ET AL
Mr. Salvatore Guerriero
1635 Market St, 11th Fl
Philadelphia, PA 19103-2212

State of: **New York** ) ss.
County of: **Albany** )

Name of Server: **Paul D Jones**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **April**, 20 **08**, at **11:55** o'clock **A** M

Place of Service: at **60 State Street**, in **Albany, NY 12207**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Simon & Schuster, Inc. by serving The Prentice-Hall Corporation System, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kevin Vohmoutka   Managing agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **30**; Approx. Height **5'8**; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Paul D Jones**
Signature of Server

Subscribed and sworn to before me this **16** day of **April**, 20 **08**

Notary Public   (Commission Expires)

APS International, Ltd.

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011