Steven Michael Harris, et. al., Plaintiff(s)
vs.
Simon & Schuster, Inc, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 089161-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The McGraw- Hill Companies, Inc
Court Case No. 08-CV-3477

CAESAR, RIVISE, ET AL
Mr. Salvatore Guerriero
1635 Market St, 11th Fl
Philadelphia, PA 19103-2212

State of: **NEW YORK** ) ss.
County of: **SUFFOLK** )

**Name of Server:** **SIMON KAHN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **APRIL**, 20 **08**, at **2:40** o'clock **P** M

**Place of Service:** at **1221 Avenue of The Americas**, in **New York, NY 10020**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The McGraw- Hill Companies, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **PETER J. O'CONNOR, AUTHORIZED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BROWN**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'8"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
SIMON KAHN
**APS International, Ltd.**

Subscribed and sworn to before me this **17** day of **APRIL**, 20 **08**

_Notary Public_   (Commission Expires)

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984694
Qualified in Suffolk County
Commission Expires July 29, 20__