Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
STEVEN MICHAEL HARRIS,           )   08 CV 3477 (RWS)
                                 )
                    Plaintiff,   )
                                 )
        - against -              )   STIPULATION AND ORDER
                                 )
SIMON & SCHUSTER, INC., and THE  )
McGRAW-HILL COMPANIES, INC.,     )
                                 )
                    Defendants.  )
                                 )
-------------------------------------------------------- x

RECEIVED MAY 0 6 2008 JUDGE SWEET CHAMBERS

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff STEVEN MICHAEL HARRIS and for defendants SIMON & SCHUSTER, INC., and THE McGRAW-HILL COMPANIES, INC. that defendants' time to answer, move or otherwise respond to the Complaint be and hereby is extended to and including June 4, 2008. Defendants have requested no previous extension of this deadline and no previously established deadlines will be affected by this extension. This stipulation may be executed in counterparts, all of which when signed shall constitute a single stipulation. Facsimile copies of this stipulation and signatures thereon shall be valid and binding on the parties.

Dated: New York, New York
       May 2, 2008

CAESAR, RIVISE, BERNSTEIN, COHEN
& POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
(215) 567-2010
Attorneys for Plaintiff

By: _____
    William J. Castillo (WC 6786)
    Manny D. Pokotilow (PA Atty ID 13310)

DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
New York, New York 10019
(212) 489-8230
Attorneys for Defendants

By: _____
    Marcia B. Paul (MP 8427)
    Bryan M. Tallevi (BT 5273)

DWT 11023561v1 3901014-000549

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

SO ORDERED:

_____
Hon. Robert W. Sweet, U.S.D.J.

Date: _____ 5/6/08