William J. Castillo (WC-6786)
CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MICHAEL HARRIS,            :
                                  :
          Plaintiff,              :
                                  :
     v.                           :   Civil Action No.
                                  :   1:08-CV-3477-RWS
SIMON & SCHUSTER, INC., and       :
THE McGRAW-HILL COMPANIES, INC.   :
                                  :
          Defendants.             :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

### NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE THAT, upon the annexed Affidavit of William J. Castillo, Esq., sworn to on May 8, 2008, and upon all prior filings and proceedings in this Action and, further, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, Plaintiff Steven Michael Harris ("Plaintiff") hereby moves this Court in the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007-1312 on May 28, 2008 or as soon thereafter as counsel can be heard, for an Order to admit attorneys Manny D. Pokotilow and Salvatore R. Guerriero *pro hac vice* to appear, practice and participate as co-counsel in all further proceedings in the above-captioned Action.

So ordered
Sweet USDJ
5.15.08

The undersigned requests this Motion be granted on the papers submitted herewith without oral hearing. A Proposed Order is attached for the Court's convenience.

                                          Respectfully submitted,

Dated: May 8, 2008                By _____
                                              William J. Castillo (WC-6786)
                                              CAESAR, RIVISE, BERNSTEIN,
                                              COHEN & POKOTILOW, LTD.
                                              1635 Market Street, 11th Floor
                                              Philadelphia, PA 19103
                                              Telephone: (215) 567-2010
                                              Facsimile: (215) 751-1142
                                              Email: <WJCastillo@crbcp.com>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of Plaintiff's Notice of Motion and Motion to Admit Manny D. Pokotilow and Salvatore R. Guerriero *Pro Hac Vice*, the Affidavits of William J. Castillo, Manny D. Pokotilow and Salvatore R. Guerriero in Support thereof and a Proposed Order, were served upon counsel for Defendants, on May 8, 2008, by email and first class mail, postage prepaid, in an envelope addressed to:

> Marcia B. Paul
> Bryan M. Tallevi
> Davis Wright Tremaine, LLP
> 1633 Broadway, 27th Floor
> New York, NY 10019-6708

William J. Castillo