UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Harris,

-v.-

Simon & Schuster, Inc.

------------------------------------------------------------X

: 08 Civ. 3477 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Please be advised that the conference scheduled for __May 21, 08__ has been rescheduled to __May 28, 08__ at __4:30pm__ in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5/19/08

_____
ROBERT W. SWEET
United States District Judge