AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CV. 3477

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SIMON & SCHUSTER, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 17, 2008 | *(signature)* |
| Date | Signature |
| | MARCIA B. PAUL — MP8427 |
| | Print Name — Bar Number |
| | DAVIS WRIGHT TREMAINE, LLP, 1633 BROADWAY |
| | Address |
| | NEW YORK — NY — 10019 |
| | City — State — Zip Code |
| | (212) 489-8230 — (212) 489-8340 |
| | Phone Number — Fax Number |