AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 08 CV. 3477

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SIMON & SCHUSTER, INC.

I certify that I am admitted to practice in this court.

_June 17, 2008_
Date

_Bryan M. Tallevi_ (signature)
Signature

BRYAN TALLEVI                                       BT5273
Print Name                                          Bar Number

DAVIS WRIGHT TREMAINE, LLP, 1633 BROADWAY
Address

NEW YORK            NY              10019
City                State           Zip Code

(212) 489-8230                      (212) 489-8340
Phone Number                        Fax Number