UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEVEN MICHAEL HARRIS,   )   08 Civ. 3477 (RWS)
              Plaintiff,   )
        - against -   )   **RULE 7.1 CORPORATE**
                )   **DISCLOSURE STATEMENT**
SIMON & SCHUSTER, INC., and THE   )
McGRAW-HILL COMPANIES, INC.,   )
             Defendants.   )

------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for defendant Simon & Schuster, Inc. certifies as follows: Simon & Schuster, Inc. is a wholly owned subsidiary of French Street Management LLC. The sole member of French Street Management LLC is CBS Operations Inc., a wholly owned subsidiary of CBS Corporation, which is publicly traded on the New York Stock Exchange.

Dated: New York, New York
       August 15, 2008

                                      Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: _____
                                            Marcia B. Paul (MP-8427)
                                            Bryan M. Tallevi (BT-5273)

                                            1633 Broadway
                                            New York, New York 10019-6708
                                            Phone (212) 489-8230

                                            *Attorneys for Defendants Simon & Schuster,*
                                            *Inc. and The McGraw-Hill Companies, Inc.*