UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
STEVEN MICHAEL HARRIS,              )      08 Civ. 3477 (RWS)
                                    )
           Plaintiff,              )
                                    )
      - against -                  )
                                    )      **RULE 7.1 CORPORATE**
SIMON & SCHUSTER, INC., and THE     )      **DISCLOSURE STATEMENT**
McGRAW-HILL COMPANIES, INC.,        )
                                    )
           Defendants.             )
                                    )
                                    )
------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies as follows: The McGraw-Hill Companies, Inc. has no parent companies and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 15, 2008

                                       Respectfully submitted,

                                       DAVIS WRIGHT TREMAINE LLP

                                       By: _____
                                           Marcia B. Paul (MP-8427)
                                           Bryan M. Tallevi (BT-5273)

                                           1633 Broadway
                                           New York, New York 10019-6708
                                           Phone (212) 489-8230

                                           *Attorneys for Defendants Simon & Schuster,*
                                           *Inc. and The McGraw-Hill Companies, Inc.*