UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MICHAEL HARRIS, : Case No.: 08 Civ. 3477 (RWS)
:
      Plaintiffs, : *Electronically Filed*
:
vs. :
:
SIMON & SCHUSTER, INC., and THE :
McGRAW-HILL COMPANIES, INC., : **CERTIFICATE OF SERVICE**
:
      Defendants. :

---

I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendants, Simon & Schuster, Inc. and The McGraw-Hill Companies, Inc. certify:

I am over eighteen (18) years of age. On this 15TH day of August, 2008, I caused to be served copies of Defendants' RULE 7.1 STATEMENTS and ANSWERS TO THE COMPLPAINT on the following individuals BY ECF and US MAIL:

    Salvatore Guerriero
    Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
    1635 Market Street, 11th Floor
    Philadelphia, PA 19103-2212
    sal@crbcp.com

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                      Megan Duffy

Sworn to before me this
15th August, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010

DWT 11680228v1 3901014-000549

1